177 So. 915

**Tommie DUNCAN v. Ruth DUNCAN.**

**6 Div. 59.**

Supreme Court of Alabama.

Nov. 26, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

179 So. 924

**Ex parte Carrie ELSHEIMER.**

**6 Div. 299.**

Supreme Court of Alabama.

Feb. 18, 1938.

Beddow, Ray & Jones, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

176 So. 916

**Ex parte EMPLOYERS INS. CO. OF ALABAMA.**

**Re COVINGTON et al. v. EMPLOYERS INS. CO. OF ALABAMA.**

**6 Div. 200.**

Supreme Court of Alabama.

Oct. 28, 1937.

Smith, Windham, Jackson & Rives, of Birmingham, for petitioner.

London & Yancey, of Birmingham, for respondent.

PER CURIAM.

Petition dismissed.

176 So. 916

**Ex parte EMPLOYERS INS. CO. OF ALABAMA.**

**Re GARNER et al. v. EMPLOYERS INS. CO. OF ALABAMA.**

**6 Div. 199.**

Supreme Court of Alabama.

Oct. 28, 1937.

Smith, Windham, Jackson & Rives, of Birmingham, for petitioner.

London & Yancey, of Birmingham, for respondent.

PER CURIAM.

Petition dismissed.

179 So. 924

**Norman GUNN, Guardian ad litem, etc., v. H. W. CRANFORD, Guardian, etc.**

**6 Div. 249.**

Supreme Court of Alabama.

March 3, 1938.

Chas. R. Wiggins and Norman Gunn, both of Jasper, for appellant.

Pennington & Tweedy, of Jasper, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

·176 So. 917

**Max HURVICH et al. v. STEINER BROS.**

**6 Div. 96.**

Supreme Court of Alabama.

Oct. 4, 1937.

A. Berkowitz, of Birmingham, for appellants.

David R. Solomon, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.